IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WALTER ANTHONY DESHAZO                                                    PLAINTIFF

v.                               Civil No. 06-4088

JOHN PARTAIN, et al.                                                      DEFENDANTS

**<u>ORDER</u>**

For reasons stated in a memorandum opinion of this date, DeShazo's complaint is hereby dismissed as it is barred by the statute of limitations. Moreover, the claim is not cognizable under § 1983. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action, or any portion thereof, may be dismissed on such grounds at any time).

IT IS SO ORDERED this the <u>15th</u> day of November 2006.

<u>/s/ Harry F. Barnes</u>
HONORABLE HARRY F. BARNES
UNITED STATES DISTRICT JUDGE